AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TERESA P.,

    *Plaintiff*

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY

    *Defendant*

Civil Action No. 1:19-CV-03143-JTR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 17, 2020**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff's Motion for Summary Judgment is GRANTED.
Defendant's Motion for Summary Judgment is DENIED.
The matter is REMANDED to the Commissioner.
Judgment shall be entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge John T. Rodgers on cross-motions for summary judgment.

Date: August 17, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
    *(By) Deputy Clerk*
Courtney Piazza